# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>ANDREW JOHN JEMMETT<br><br>Defendant | )<br>)  Case No.  20-mj-00093-E-CWD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Andrew John Jemmett

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

A violation of 18 U.S.C. 2251(a) and (e), Sexual Exploitation of a Minor Child

*U.S. MARSHAL*
*District of Idaho*
*APR 0 1 2020*
*RECEIVED*

Date: 04/01/2020

*Issuing officer's signature*

City and state:   Boise, Idaho

Honorable Candy W. Dale, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-1-2020, and the person was arrested on *(date)* 4-10-2020
at *(city and state)* Subject was taken into custody in Las Vegas by HSI

Date: _____

*Arresting officer's signature*

*Printed name and title*