# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America )<br>v. )<br>ANDREW JEMMETT )<br>_Defendant_ )<br> ) | Case No. 20-MJ-00093-E-CWD |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/28/2020

_Defendant's signature_

_Signature of defendant's attorney_

_Printed name and bar number of defendant's attorney_

BRYAN WHOAT
ISB #9091